IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN ALEXIS, | : |
| Plaintiff, | : |
| v. | : 3:14-CV-02016 |
| | : (Judge Mariani) |
| CHRIS PEZAK, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 17TH DAY OF SEPTEMBER, 2015, IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Set Aside Entry of Default (Doc. 12) is **GRANTED**.

2. The Clerk's Entry of Default (Doc. 6) is **SET ASIDE**.

3. Plaintiff's Motion for Default Judgment (Doc. 7) is **DENIED AS MOOT**.

Robert D. Mariani
United States District Judge